**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: HENRY, HUSTON | § Case No. 09-48976-BWB |
|      HENRY, JUDITH | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>THOMAS B. SULLIVAN, TRUSTEE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  219 S DEARBORN STREET
  7TH FLOOR
  CHICAGO, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/18/2013 in Courtroom            , United States Courthouse,
JOLIET CITY HALL
150 W. JEFFERSON
2ND FLOOR
JOLIET, IL 60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/07/2012          By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                 Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: HENRY, HUSTON § | Case No. 09-48976-BWB |
| HENRY, JUDITH § | |
| § | |
| Debtor(s) § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 44,000.00 |
| *and approved disbursements of* | $ 33,635.67 |
| *leaving a balance on hand of* [1] | $ 10,364.33 |
| **Balance on hand:** | **$ 10,364.33** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,364.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 3,650.00 | 0.00 | 3,650.00 |
| Attorney for Trustee, Fees - INNOVALAW, PC | 2,730.00 | 0.00 | 2,730.00 |
| Attorney for Trustee, Expenses - INNOVALAW, PC | 56.45 | 0.00 | 56.45 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,436.45 |
| Remaining balance: | $ 3,927.88 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,927.88

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,927.88

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 19,254.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commerce Bank | 4,737.33 | 0.00 | 966.42 |
| 2 | Quantum3 Group LLC as agent for | 643.73 | 0.00 | 131.32 |
| 3 | Quantum3 Group LLC as agent for | 1,305.70 | 0.00 | 266.36 |
| 4 | FIA CARD SERVICES, N.A. | 1,973.47 | 0.00 | 402.59 |
| 5 | Capital One Bank (USA), N.A. | 1,399.23 | 0.00 | 285.44 |
| 6 | Capital One Bank (USA), N.A. | 1,082.36 | 0.00 | 220.80 |
| 7 | Capital One Bank (USA), N.A. | 1,004.50 | 0.00 | 204.92 |
| 8 | Capital One Bank (USA), N.A. | 969.52 | 0.00 | 197.78 |
| 9 | State Farm Bank | 6,138.49 | 0.00 | 1,252.25 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,927.88 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                       Case No. 09-48976-BWB
Huston Henry                                                 Chapter 7
Judith L Henry
         Debtors
                         CERTIFICATE OF NOTICE
District/off: 0752-1          User: lkorotko              Page 1 of 3              Date Rcvd: Dec 07, 2012
                              Form ID: pdf006             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2012.
db/jdb       Huston Henry,    Judith L Henry,    17 Codorus Rd,    Montgomery, IL 60538-2521
14899318     Allied Interstate (GEMB/Lowe's),    PO Box 1962,    Southgate, MI 48195-0962
14899320    +Barclays Bank Delaware,    Attention: Customer Support Department,    Po Box 8833,
              Wilmington, DE 19899-8833
14899321   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
              Norcross, GA 30091)
19401358     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14899326    +Capital One Services,    PO Box 54529,    Oklahoma City, OK 73154-1529
14899328    +Catherines,    1103 Allen Dr,    Milford, OH 45150-8763
14899329    +Citibank Usa,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14899332   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,    Attn: Bankruptcy Dept.,    12234 North Ih 35,
              Austin, TX 78753)
14899333    +Emergency Treatment SC,    900 Jorie Blvd Ste. 220,    Oak Brook, IL 60523-3846
19350492     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
14899317    +Fifth & Third Bk Prv Lab,    38 Fountain Square Plz,    Cincinnati, OH 45202-3191
14899334    +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
              Grand Rapids, MI 49546-6210
14899335     Fox Valley Cardio Consult,    PO Box 848,    Aurora, IL 60507-0848
14899341     Ginny's,    1112 7th Ave.,    Monroe, WI 53566-1364
14899342    +Guardian Anesthesia,    185 Penny Ave.,    Dundee, IL 60118-1455
14899345     HSBC Retail Services Menards,    PO Box 17602,    Baltimore, MD 21297-1602
14899343    +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14899347     Juniper Mastercard,    PO Box 13337,    Philadelphia, PA 19101-3337
14899349    +Lampheres,    15 S Lake St,    Aurora, IL 60506-4029
14899351     Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
15020793    +Onyx Acceptance Corp.,    Serviced by Capital One Auto,    P O Box 201347,
              Arlington, TX 76006-1347
14899352    +Rush Copley Medical Center,    PO Box 352,    Aurora, IL 60507-0352
19513411     State Farm Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14899357    +State Farm Financial S,    Attn: BCC-DTB5,    112 E Washington St,    Bloomington, IL 61701-1001
14899358   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
              Cincinnati, OH 45201)
14899359     Valley Imaging Consultants,    6910 S Madison St.,    Willowbrook, IL 60527-5504
14899360     WFCB Bankruptcy Dept.,    PO Box 183043,    Columbus, OH 43218-3043

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14899325    +E-mail/Text: COAFINTERNALBKTEAM@CAPITALONEAUTO.COM Dec 07 2012 20:52:00
              Capital One Auto Finance,    3901 N Dallas Pkwy,    Plano, TX 75093-7864
14899330    +E-mail/Text: bankruptcy@commercebank.com Dec 07 2012 20:53:20     Commerce Bank,    911 Main St,
              Kansas City, MO 64105-2009
19247818     E-mail/Text: bankruptcy@commercebank.com Dec 07 2012 20:53:20     Commerce Bank,    P O BOX 419248,
              KCREC-10,    Kansas City, MO 64141-6248
14899331    +E-mail/Text: creditonebknotifications@resurgent.com Dec 07 2012 20:49:20     Credit One Bank,
              Po Box 98875,    Las Vegas, NV 89193-8875
14899336    +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2012 20:59:51     GEMB / HH Gregg,
              Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
14899337     E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2012 20:55:58     Gemb/blains Farm & Fle,
              Po Box 981439,    El Paso, TX 79998-1439
14899338    +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2012 21:00:11     Gemb/jcp,    Attention: Bankruptcy,
              Po Box 103106,    Roswell, GA 30076-9106
14899339     E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2012 21:00:11     Gemb/lowes,    Po Box 103065,
              Roswell, GA 30076
14899340    +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2012 20:56:24     Gemb/walmart,    Po Box 981400,
              El Paso, TX 79998-1400
14899348    +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 07 2012 20:49:23     Kohls/chase,
              N56 W17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
19264193     E-mail/Text: bnc-quantum@quantum3group.com Dec 07 2012 20:53:07
              Quantum3 Group LLC as agent for,    World Financial Capital Bank,    PO Box 788,
              Kirkland, WA 98083-0788
19264192     E-mail/Text: bnc-quantum@quantum3group.com Dec 07 2012 20:53:07
              Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
              Kirkland, WA 98083-0788
14899356    +E-mail/PDF: gecsedi@recoverycorp.com Dec 07 2012 20:59:51     Sams Club,
              Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 13
```

```
District/off: 0752-1              User: lkorotko              Page 2 of 3              Date Rcvd: Dec 07, 2012
                                  Form ID: pdf006             Total Noticed: 41


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14899322*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091)
14899323*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091)
14899324*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
                Norcross, GA 30091)
14899344*     +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14899350*     +Lampheres,    15 S Lake St,    Aurora, IL 60506-4029
14899353*     +Rush Copley Medical Center,    PO Box 352,    Aurora, IL 60507-0352
14899354*     +Rush Copley Medical Center,    PO Box 352,    Aurora, IL 60507-0352
14899355*     +Rush Copley Medical Center,    PO Box 352,    Aurora, IL 60507-0352
14899319     ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
14899327     ##Catherine,    PO Box 84022,    Columbus, GA 31908-4022
14899346     ##+Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8103
                                                                                    TOTALS: 0, * 8, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2012**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: lkorotko             Page 3 of 3              Date Rcvd: Dec 07, 2012
                              Form ID: pdf006           Total Noticed: 41
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2012 at the address(es) listed below:
```
              David E Grochocinski    on behalf of Trustee Thomas Sullivan lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
              David J. Howard    on behalf of Debtor Huston Henry pazuzuhoward@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas B Sullivan    tsullivan@innovalaw.com,  IL19@ecfcbis.com
                                                                                             TOTAL: 5
```