UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Chapter 7 |
| Henry, Huston ) | Case No: 09 B 48976 |
| Henry, Judith ) | |
| ) | Honorable Bruce W. Black |
| Debtor(s), ) | |
| ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to InnovaLaw, PC, Attorneys for Trustee, for Allowance and Payment of Compensation and Reimbursement of Expenses.**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $2730.00 | Total Costs Requested: | $ 56.45 |
| Fees Disallowed: | $ 1012.50 | Costs Disallowed: | $ 0.00 |
| Total Fees Allowed: | $1717.50 | Total Costs Allowed: | $ 56.45 |

**Total Fees and Costs Allowed:**   $ 1,773.95

THE COURT HAS IDENTIFIED THE NOTED TIME AND EXPENSE ENTRIES THAT
HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**Trustee Work Can Not Be Compensated As Professional Services**
"The Trustee cannot effectively expand the maximum limits of Section 326(a) by hiring other people to perform his duties for him, whether they are paralegals, attorneys, accountants or other professional persons, and utilize the potentially unlimited scope of Section 330 as a basis for award of reasonable compensation."*Boldt v. United States Trustee (In re Jenkins)*, 130 F.3d 1335, 1341 (9th Cir. 1997) (quoting *In re Prairie Cent. Ry. Co.*, 87 B.R. 952, 959 (Bankr. N.D. Ill. 1988):

| | |
|---|---|
| Prepare motion to employ accountant (GC) | $90.00 |
| Prepared application to employ accountant and related order (GC) | $75.00 |
| Appear in court; motion to employ accountant (AH) | $180.00 |
| Prepared application to reopen Chapter 7 case and appoint Chapter 7 Trustee | $240.00 |
| Appear in court; motion to reopen; entry of order | $120.00 |
| Prepared motion to employ special counsel | $160.00 |
| Appear in court; entry of special counsel order | $120.00 |
| | $985.00 |

**Clerical Work Not Compensable**
   The court disallows the compensation of clerical or stenographic employees of the

professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. *See In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

| | |
|---|---|
| Scanned and re-emailed order approving settlement (AH) | $27.50 |
| **Total Fees Disallowed:** | **$1,012.50** |

Innovalaw, PC is hereby awarded an allowance of compensation and expenses as set forth above.

Dated: 18 JAN 2013

Entered:

Bruce W. Black
United States Bankruptcy Court