**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: HENRY, HUSTON § Case No. 09-48976-BWB
       HENRY, JUDITH § 
        §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $300.00<br>*(without deducting any secured claims)* | Assets Exempt: $26,901.00 |
| Total Distribution to Claimants: $4,940.38 | Claims Discharged<br>Without Payment: $14,313.95 |
| Total Expenses of Administration: $24,059.62 | |

    3) Total gross receipts of $ 44,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $29,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 25,072.12 | 24,059.62 | 24,059.62 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 19,254.33 | 19,254.33 | 4,940.38 |
| **TOTAL DISBURSEMENTS** | $0.00 | $44,326.45 | $43,313.95 | $29,000.00 |

    4) This case was originally filed under Chapter 7 on December 29, 2009. The case was pending for 38 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/15/2013          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY CLAIM | 1242-000 | 44,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$44,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JUDITH HENRY | EXEMPTION TO DEBTOR | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 3,650.00 | 3,650.00 | 3,650.00 |
| INNOVALAW, PC | 3110-000 | N/A | 2,730.00 | 1,717.50 | 1,717.50 |
| INNOVALAW, PC | 3120-000 | N/A | 56.45 | 56.45 | 56.45 |
| WATTS GUERRA CRAFT, LLP | 3410-580 | N/A | 8,800.00 | 8,800.00 | 8,800.00 |
| WATTS GUERRA CRAFT, LLP | 3220-610 | N/A | 874.83 | 874.83 | 874.83 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| JIM ADLER & ASSOCIATES | 3210-600 | | N/A | 8,800.00 | 8,800.00 | 8,800.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 41.05 | 41.05 | 41.05 |
| The Bank of New York Mellon | 2600-000 | | N/A | 44.79 | 44.79 | 44.79 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $25,072.12 | $24,059.62 | $24,059.62 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commerce Bank | 7100-000 | N/A | 4,737.33 | 4,737.33 | 1,215.54 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 643.73 | 643.73 | 165.17 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 1,305.70 | 1,305.70 | 335.02 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 1,973.47 | 1,973.47 | 506.36 |
| 5 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,399.23 | 1,399.23 | 359.02 |
| 6 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,082.36 | 1,082.36 | 277.72 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,004.50 | 1,004.50 | 257.74 |
| 8 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 969.52 | 969.52 | 248.76 |

**UST Form 101-7-TDR (10/1/2010)**

| 9 | State Farm Bank | 7100-000 | N/A | 6,138.49 | 6,138.49 | 1,575.05 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $19,254.33 | $19,254.33 | $4,940.38 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-48976-BWB  
**Case Name:** HENRY, HUSTON  
               HENRY, JUDITH  
**Period Ending:** 03/15/13

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 12/29/09 (f)  
**§341(a) Meeting Date:** 02/04/10  
**Claims Bar Date:** 10/25/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 17 CODORUS RD, MONTGOMERY IL | 138,105.00 | 0.00 | | 0.00 | FA |
| 2 | CASH | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNTS | 300.00 | 0.00 | DA | 0.00 | FA |
| 4 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 1995 FORD EXPLORER | 2,400.00 | 0.00 | | 0.00 | FA |
| 7 | 2007 DODGE NITRO | 15,686.00 | 0.00 | | 0.00 | FA |
| 8 | PERSONAL INJURY CLAIM  (u) | Unknown | 50,000.00 | | 44,000.00 | FA |
| 8 | Assets    Totals (Excluding unknown values) | **$158,991.00** | **$50,000.00** | | **$44,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    FINAL HEARING SET FOR 1/18/13; FINAL CHECKS DISBURSED; AWAITING CLEARANCE OF SAME TO PREPARE FINAL ACCOUNT AND CLOSE CASE

**Initial Projected Date Of Final Report (TFR):**    April 30, 2013    **Current Projected Date Of Final Report (TFR):**    December 7, 2012  (Actual)

Printed: 03/15/2013 11:45 AM    V.13.11

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-48976-BWB  
**Case Name:** HENRY, HUSTON  
HENRY, JUDITH  
**Taxpayer ID #:** **-***2574  
**Period Ending:** 03/15/13

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****686666 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 10,364.33 | | 10,364.33 |
| 01/23/13 | 10104 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $3,650.00, Trustee Compensation; Reference: | 2100-000 | | 3,650.00 | 6,714.33 |
| 01/23/13 | 10105 | INNOVALAW, PC | Dividend paid 100.00% on $1,717.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,717.50 | 4,996.83 |
| 01/23/13 | 10106 | INNOVALAW, PC | Dividend paid 100.00% on $56.45, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 56.45 | 4,940.38 |
| 01/23/13 | 10107 | Commerce Bank | Dividend paid 25.65% on $4,737.33; Claim# 1; Filed: $4,737.33; Reference: | 7100-000 | | 1,215.54 | 3,724.84 |
| 01/23/13 | 10108 | Quantum3 Group LLC as agent for | Dividend paid 25.65% on $643.73; Claim# 2; Filed: $643.73; Reference: | 7100-000 | | 165.17 | 3,559.67 |
| 01/23/13 | 10109 | Quantum3 Group LLC as agent for | Dividend paid 25.65% on $1,305.70; Claim# 3; Filed: $1,305.70; Reference: | 7100-000 | | 335.02 | 3,224.65 |
| 01/23/13 | 10110 | FIA CARD SERVICES, N.A. | Dividend paid 25.65% on $1,973.47; Claim# 4; Filed: $1,973.47; Reference: | 7100-000 | | 506.36 | 2,718.29 |
| 01/23/13 | 10111 | Capital One Bank (USA), N.A. | Dividend paid 25.65% on $1,399.23; Claim# 5; Filed: $1,399.23; Reference: | 7100-000 | | 359.02 | 2,359.27 |
| 01/23/13 | 10112 | Capital One Bank (USA), N.A. | Dividend paid 25.65% on $1,082.36; Claim# 6; Filed: $1,082.36; Reference: | 7100-000 | | 277.72 | 2,081.55 |
| 01/23/13 | 10113 | Capital One Bank (USA), N.A. | Dividend paid 25.65% on $1,004.50; Claim# 7; Filed: $1,004.50; Reference: | 7100-000 | | 257.74 | 1,823.81 |
| 01/23/13 | 10114 | Capital One Bank (USA), N.A. | Dividend paid 25.65% on $969.52; Claim# 8; Filed: $969.52; Reference: | 7100-000 | | 248.76 | 1,575.05 |
| 01/23/13 | 10115 | State Farm Bank | Dividend paid 25.65% on $6,138.49; Claim# 9; Filed: $6,138.49; Reference: | 7100-000 | | 1,575.05 | 0.00 |

|  |  |  | **ACCOUNT TOTALS** | | 10,364.33 | 10,364.33 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank Transfers | | 10,364.33 | 0.00 | |
|  |  |  | **Subtotal** | | 0.00 | 10,364.33 | |
|  |  |  | Less: Payments to Debtors | | | 0.00 | |
|  |  |  | **NET Receipts / Disbursements** | | **$0.00** | **$10,364.33** | |

{} Asset reference(s)

Printed: 03/15/2013 11:45 AM   V.13.11

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-48976-BWB  
**Case Name:** HENRY, HUSTON  
HENRY, JUDITH  
**Taxpayer ID #:** **-***2574  
**Period Ending:** 03/15/13  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******91-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/14/12 | {8} | WATTS GUERRA CRAFT, LLP | SETTLEMENT OF PI/PER ORDER OF 3/16/12 | | 1242-000 | 44,000.00 | | 44,000.00 |
| 06/20/12 | 101 | WATTS GUERRA CRAFT, LLP | SPECIAL COUNSEL FEES | | | | 9,674.83 | 34,325.17 |
| | | | FEES | 8,800.00 | 3410-580 | | | 34,325.17 |
| | | | EXPENSES | 874.83 | 3220-610 | | | 34,325.17 |
| 06/20/12 | 102 | JUDITH HENRY | EXEMPTION TO DEBTOR | | 8100-002 | | 15,000.00 | 19,325.17 |
| 06/20/12 | 103 | JIM ADLER & ASSOCIATES | SPECIAL COUNSEL FEES | | 3210-600 | | 8,800.00 | 10,525.17 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 41.05 | 10,484.12 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 44.79 | 10,439.33 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 10,414.33 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 10,389.33 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 10,364.33 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | | 9999-000 | | 10,364.33 | 0.00 |

|  |  | | | ACCOUNT TOTALS | 44,000.00 | 44,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 0.00 | 10,364.33 | |
| | | | | Subtotal | 44,000.00 | 33,635.67 | |
| | | | | Less: Payments to Debtors | | 15,000.00 | |
| | | | | NET Receipts / Disbursements | $44,000.00 | $18,635.67 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****686666 | 0.00 | 10,364.33 | 0.00 |
| Checking # 9200-******91-66 | 44,000.00 | 18,635.67 | 0.00 |
| | $44,000.00 | $29,000.00 | $0.00 |

March 15, 2013  
Date

/s/ THOMAS B. SULLIVAN, TRUSTEE  
THOMAS B. SULLIVAN, TRUSTEE

{} Asset reference(s)                                                                                         Printed: 03/15/2013 11:45 AM    V.13.11